IN THE DISTRICT COURT OF APPEAL
                                          FIRST DISTRICT, STATE OF FLORIDA

JESSE JAMES PHILLIPS,                     NOT FINAL UNTIL TIME EXPIRES TO
                                          FILE MOTION FOR REHEARING AND
        Appellant,                        DISPOSITION THEREOF IF FILED

v.                                        CASE NO. 1D15-5367

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed March 8, 2016.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Jesse James Phillips, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jillian H. Reding, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., SWANSON, and KELSEY, JJ., CONCUR.